# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

**MEMO ENDORSED**

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2010

June 21, 2010

By Facsimile

Honorable Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Ahmed
    10 Cr. 131 (KPC)

Hon. Judge Castel:

I write to request that the status conference scheduled for June 25, 2010, be moved to June 23, 2010 at 3:30 p.m. I have conferred with AUSAs Naftalis and LaVigne and they have no objection to this request. Thank you.

*Conference is adjourned to June 23, 2010 at 4:00 p.m.*
*SO ORDERED.*
*6-22-10*

Respectfully submitted,

Sabrina P. Shroff
Assistant Federal Defender

cc: AUSAs LaVigne & Naftalis
    (Via email)