UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA                :

          - v -                                :           **10 Cr. 131 (PKC)**

**MOHAMED IBRAHIM AHMED,**               :

               Defendant.          :

-------------------------------------------------------X


## MOHAMED IBRAHIM AHMED'S NOTICE PURSUANT TO SECTION 5 OF THE CLASSIFIED INFORMATION PROCEDURES ACT


[FILED UNDER SEAL]


DAVID E. PATTON, ESQ.
Federal Defenders of New York, Inc.

_____
By:  Sabrina P. Shroff
Attorney for Defendant
Mohamed Ibrahim Ahmed
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8713


TO:   **Preet Bharara , ESQ.**
      United States Attorney
      Southern District of New York
      1 St. Andrew's Plaza
      New York, New York 10007

      Attn:   **NAFTALIS /CRONAN & KOVNER, ESQ.**
            Assistant United States Attorneys

DOCUMENT UNDER SEAL