UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                     :

UNITED STATES OF AMERICA          WAIVER OF INDICTMENT
                                     :
        - v. -                          S2 10 Cr. 131 (PKC)
                                     :

MOHAMED IBRAHIM AHMED,
    a/k/a "Talha,"
    a/k/a "Mohammed El Eritri,"
    a/k/a "Abu Zakaria,"               :

            Defendant.     :

- - - - - - - - - - - - - - - - - -X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                           _____
                                           Mohamed Ibrahim Ahmed
                                           Defendant

                                           _____
                                           Witness

                                           _____
                                           Sabrina Shroff, Esq.
                                           Sean Maher, Esq.
                                           *Counsel for Defendant*

Date: New York, New York
      June 13, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 13 2012
```