# THE LAW OFFICES OF SEAN M. MAHER, PLLC

October 19, 2012

**VIA FAX (212) 805-7949**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-12

RE: **United States v. Mohamed Ibrahim Ahmed,
10 Cr. 131 (PKC)**

Dear Judge Castel:        **MEMO ENDORSED**

On behalf of the defense, I respectfully write to request a thirty-day adjournment of the sentencing hearing, which currently is scheduled for November 2, 2012. This request is being made so that defense counsel can have an adequate opportunity to review the presentence report with Mr. Ahmed, to prepare our sentencing submission and consult with Mr. Ahmed, and to prepare for the sentencing hearing. The defense has not made any previous request to adjourn the sentencing proceeding. The defense request for an adjournment has been conveyed to the government; AUSA Benjamin Naftalis has stated that the government has no objection to the defense request.

Respectfully submitted,

Sean M. Maher
*Counsel for Defendant*

cc: Mohamed Ibrahim Ahmed (via U.S. mail)
AUSA Benjamin Naftalis (via email)
AUSA Rachel P. Kovner (via email)
AUSA John P. Cronan (via email)
PO Ross Kapitansky (via email)
Sabrina Shroff, Esq. (via email)

Sentencing ~~Conference~~ Adjourned
From: November 2, 2012
To: Dec 5 at 11:00 am
SO ORDERED
P. KEVIN CASTEL, U.S.D.J.
Date: 10-19-12

233 BROADWAY, SUITE 801, NEW YORK, NEW YORK 10279
(212) 661-5333 • (212) 227-5808 FAX
WWW.SEANMAHERLAW.COM